JS-6 /ENTER

FILED
MAR 24 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MICHAEL SIQUEIORS,  )  Case No. CV 09-0635-JFW (MLG)
    Petitioner,  )
      )  JUDGMENT
    v.  )
WARDEN, MULE CREEK PRISON,  )
    Respondent.  )

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: 3/23/09

John F. Walter
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 24 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY